# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| Deana Vondriska, individually and on behalf of others similarly situated, | : : Case File No. 8:06-cv-1492-JDW-MAP : |
| Plaintiffs, | : **AFFIDAVIT OF RACHHANA T. SREY** |
| v. | : **IN SUPPORT OF PLAINTIFF'S** : **MOTION FOR CONDITIONAL CLASS** |
| Premier Mortgage Funding, Inc., | : **CERTIFICATION AND JUDICIAL** : **NOTICE** |
| Defendant. | : |

STATE OF MINNESOTA   )
                     ) ss
COUNTY OF HENNEPIN   )

Rachhana T. Srey, being duly sworn, states as follows:

1. I am one of the attorneys for the Plaintiff in the above-entitled matter. I have personal knowledge of the facts set forth in this affidavit and if called as a witness for this purpose, I could and would testify competently under oath to them.

2. I submit this Affidavit in support of Plaintiff's Motion for Conditional Class Certification and Judicial Notice.

3. A true and correct copy of the following documents are attached to this Affidavit as referenced in Plaintiff's memorandum:

   Exhibit A:   Plaintiff's Proposed Notice;

   Exhibit B:   True and correct copies of print outs from Defendant's website, https://www.pmtgf.com (last visited Nov. 21, 2006);

   Exhibit C:   Nineteen Declarations from Plaintiffs Bruce, Burgos, Cobb, Curry, Hammond, Hatchett, Kephart, Pendelton, Picard, Putnam, Schuster, Smith, Steinfurth, Tucker, Vanterpool, Vondriska, Werner, Wilcombe, and Williams;

      Exhibit D:    Cited unpublished decisions;

      Exhibit E:    <u>In re Patricia Cavucci, et al.</u>, No. 99-11704-J (11th Cir. July 28, 1999); and

      Exhibit F:    Notices approved in other FLSA collective actions handled by Plaintiff's counsel.

4. On October 31, 2006, I participated in a telephone conference with Defendant's counsel, Colleen Flynn and Benjamin Mollo. During that conversation, we discussed the case management report and I inquired whether Defendant would agree to conditionally certify the case for purposes of providing notice to potential class members and discovery. Defendant would not agree to conditionally certify the case. I therefore informed Defendant's counsel that I intended to bring a motion for conditional class certification.

5. To date, forty eight other former and current loan officers have consented to join this case as opt-in Plaintiffs. These Plaintiffs worked in Defendant's various branch offices located throughout the United States including branch offices in Alabama, Arizona, Arkansas, California, Colorado, Delaware, Florida, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, Missouri, North Carolina, Ohio, Pennsylvania, and Texas.

6. On November 1, 2006, Plaintiff served his first set of discovery requests on Defendant. Plaintiff's discovery requests specifically seek the names and addresses of all current and former loan officers who worked for Defendant during the last three years.

FURTHER YOUR AFFIANT SAYETH NOT.

                                                s/Rachhana T. Srey_____
                                                Rachhana T. Srey

Subscribed and sworn to before me
22nd day of November 2006.

s/Sarah M. Fleegel_____

My commission expires January 31, 2010