# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Deana Vondriska, individually and
on behalf of other similarly
situated employees,

Case No: 8:06-cv-01492-JDW-MAP

Plaintiffs,

v.

Premier Mortgage Funding, Inc.,

Defendant.

**NOTICE OF PENDENCY OF LAWSUIT**

**TO:**   **ALL PRESENT AND FORMER LOAN OFFICERS WHO WORKED FOR PREMIER MORTGAGE FUNDING, INC., FROM DATE [3 YEARS PRIOR TO THE MAILING DATE] TO THE PRESENT.**

**RE:**   **FAIR LABOR STANDARDS ACT OVERTIME LAWSUIT FILED AGAINST PREMIER MORTGAGE FUNDING, INC.**

## INTRODUCTION

The purpose of this Notice is to inform you of a collective action lawsuit in which you are potentially "similarly situated" to the named Plaintiff, to advise you of how your rights may be affected by this action, and to inform you of the procedure to make a claim if you choose to do so.

## DESCRIPTION OF THE ACTION

On August 14, 2006, an action was filed against Defendant Premier Mortgage Funding, Inc., ("Premier") on behalf of the Named Plaintiff Deana Vondriska and all other similarly situated individuals who worked as loan officers for Premier during the past three years (collectively referred to as the "potentially similarly situated group").  Specifically, the action alleges that these individuals are owed overtime pay under the federal Fair Labor Standards Act

("FLSA"), 29 U.S.C. § 207, for hours worked in excess of forty (40) per week.  Plaintiff also seeks an additional amount as liquidated damages, as well as attorneys' fees and costs.  This litigation is currently in the early pretrial stage.

Premier denies Plaintiff's allegations and maintains that Plaintiff and the potentially similarly situated group are exempt from the overtime and minimum wage provisions of the FLSA.

## PERSONS ELIGIBLE TO RECEIVE THIS NOTICE

The U.S. District Court has ordered this FLSA Notice be distributed to:

All persons who work or have worked for Premier as a loan officer anywhere in the United States at any time from [DATE] to the present.

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit the definition above, you may choose to join this action by mailing or faxing the attached "Plaintiff Consent Form" to Plaintiff's counsel at the following address:

Nichols Kaster & Anderson, PLLP
Attn: Rachhana T. Srey
4600 IDS Center,  80 South Eighth Street
Minneapolis, MN 55402-2242
Toll-Free Telephone:  (877) 448-0492
Facsimile: (612) 215-6870
Website: www.overtimecases.com

The "Plaintiff Consent Form" must be received in sufficient time for Plaintiff's counsel to file it with the Court on or before **[DATE]**.

## EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join this action, you and Premier will be bound by any ruling, judgment, award or settlement, whether favorable or unfavorable.  If you do not join this action, you will

not be bound by any ruling, judgment, award, or settlement, entered in this case, favorable or unfavorable.  If you do not to join this action, you are free to take action on your own.

If you file a "Plaintiff Consent Form" your continued right to participate in this action will depend upon a later decision by the Court that you and the named Plaintiff are "similarly situated" in accordance with applicable laws, and that it is appropriate for this case to proceed as a collective action.

## STATUTE OF LIMITATIONS

The FLSA has a maximum statute of limitations of three years.  If you choose to join this action, or choose to bring your own action, you may be able to recover damages if you were improperly denied overtime compensation only during weeks worked within three years of the date you file your "Plaintiff Consent Form."  If you choose not to join in this action or file your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the FLSA.  Therefore, Premier is prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this action.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this case by filing a Plaintiff Consent Form, you will be agreeing to representation by Plaintiff's Counsel.

Nichols Kaster & Anderson, PLLP
Donald H. Nichols, Paul J. Lukas, and Rachhana T. Srey
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Toll Free Telephone: (877) 448-0492
Facsimile: (612) 215-6870

Website: www.overtimecases.com

The attorneys are being paid on a contingency fee and/or statutory basis, which means that if there is no recovery, there will be no attorneys' fees.  If there is a recovery, the attorneys will receive a part of any settlement obtained or money judgment entered in favor of all members of the class.  The specific terms and conditions of representation will be contained in a fee agreement entered into by  the attorneys and you.

## **FURTHER INFORMATION**

Further information about this lawsuit or this notice can be obtained by contacting Plaintiffs' counsel at the address or toll-free telephone number provided above.

## **CONCLUSION**

**THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA, THE HONORABLE JAMES D. WHITTEMORE, UNITED STATES DISTRICT COURT JUDGE.  THE COURT HAS MADE NO DECISION IN THIS CASE ABOUT THE MERITS OF PLAINTIFF'S CLAIMS OR OF DEFENDANT'S DEFENSES.**

_____
United States District Judge

# PREMIER MORTGAGE FUNDING, INC.
# PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Premier Mortgage Funding, Inc., ("Premier") as a Plaintiff to assert claims against it for wage and hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. any applicable state laws.  During my employment with Premier, there were occasions when I worked over 40 hours per week for Premier as a loan officer where I did not receive overtime compensation, or occasions where I did not receive the applicable minimum wage.

_____
Signature                                          Date

_____
Print Name

_____
Address (with apartment number if applicable)

_____
City, Sate, Zip Code

_____
Home Phone          Work Phone          Cell Phone

_____
E-Mail Address

_____
Social Security Number (last 4 digits)

_____
Emergency Contact (in case we lose contact with you)

**Mail or Fax to:  Fax (612) 215-6870**
**Nichols Kaster Anderson PLLP (Attn:  Rachhana T. Srey)**
**80 South 8th Street, Suite 4600, Minneapolis, MN  55402**
**Toll Free Telephone:  (877) 448-0492**