# EXHIBIT F

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**
_____

RYAN C. HENRY, individually and on behalf of
all other similarly situated employees,

       Plaintiffs,

QUICKEN LOANS INC., a Michigan corporation, and

v.

DANIEL B. GILBERT, personally and individually,

      Defendants.
_____

<u>**NOTICE OF PENDENCY OF LAWSUIT**</u>
_____

**TO:**    **ALL PRESENT AND FORMER LOAN CONSULTANTS, WEB LOAN CONSULTANTS, OR WEB MORTGAGE BANKERS WHO WORKED FOR QUICKEN LOANS INC. FROM NOVEMBER 1, 2003 TO THE PRESENT.**

**RE:**    **FAIR LABOR STANDARDS ACT OVERTIME LAWSUIT FILED AGAINST QUICKEN LOANS INC. AND DANIEL B. GILBERT, PERSONALLY AND INDIVIDUALLY.**

<u>**INTRODUCTION**</u>

      The purpose of this Notice is to inform you of a collective action lawsuit in which you are potentially "similarly situated" to the named Plaintiff, to inform you of how your rights may be affected by this action, to inform you of the procedure to join the lawsuit as a Plaintiff if you choose to do so, and to inform you of the effect of your decision.

---

THIS IS NOTICE ONLY THAT A LAWSUIT HAS BEEN FILED, AND IS NOT NOTICE AS TO THE CERTIFICATION OF ANY COLLECTIVE ACTION AND IS NOT NOTICE OF ANY PROPOSED OR PENDING SETTLEMENT. JOINING THIS LAWSUIT DOES NOT MEAN THAT YOU ARE OR WILL BE ENTITLED TO ANY MONEY NOW OR IN THE FUTURE. THIS NOTICE IS NOT AN EXPRESSION OF ANY OPINION BY THE COURT AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED BY EITHER SIDE IN THIS LITIGATION. THE SOLE PURPOSE OF THIS NOTICE IS TO INFORM YOU OF THE LAWSUIT SO THAT YOU CAN DECIDE WHETHER TO JOIN THE LAWSUIT AS A PLAINTIFF.

---

<u>**DESCRIPTION OF THE ACTION**</u>

      In May 2004, an action was filed against Defendant Quicken Loans Inc., a Michigan corporation, and Daniel B. Gilbert, personally and individually (collectively "Defendants") on behalf of the named Plaintiff and all other similarly situated individuals who worked as loan consultants, web loan consultants, or web mortgage bankers during the past three years (collectively referred to as the "potentially similarly situated group"). If you join this action, you will be suing Quicken Loans, Inc. and Daniel B. Gilbert, personally and individually.

      The named Plaintiff alleges that members of the similarly situated group are owed overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 207, for hours worked in excess of forty (40) per week. Defendant Quicken Loans Inc. alleges that loan consultants, web loan consultants, or web mortgage bankers were properly classified as exempt from the FLSA's overtime provisions and are not entitled to additional compensation for hours worked in excess of forty (40) per week. Defendant Daniel B. Gilbert alleges that he should not be held personally liable because he is not an "employer" under the FLSA , and that any members of the potential similarly situated group were properly

classified as exempt from the FLSA's provisions and are not entitled to any additional compensation for hours worked in excess of forty (40) per week.

## COMPOSITION OF THE POTENTIALLY SIMILARLY SITUATED GROUP

The named Plaintiff was employed by Quicken Loans Inc. as a loan consultant. He seeks to sue on behalf of himself and other employees with whom he is similarly situated. Specifically, he seeks to sue on behalf of any and all

individuals who meet the following four requirements:

(a)     have been employed by Quicken Loans Inc. as a loan consultant, web loan consultant, or web mortgage banker from November 1, 2003 to the present;

(b)     worked for Quicken Loans Inc. more than forty (40) hours per week during this time;

(c)     did not receive overtime compensation for hours worked in excess of forty (40) per week; and

(d)     allege that they should receive overtime for hours worked in excess of forty (40) per week.

## YOU MAY DECIDE TO PARTICIPATE OR NOT TO PARTICIPATE IN THIS ACTION

If you fit the definition above, you may choose to join this action by mailing or faxing the attached Consent Form to Rust Consulting, Inc., which is an administrator solely handling the mailing of this Notice and the collecting of Consent Forms in this case:

**Rust Consulting, Inc.**
**625 Marquette Avenue, Suite 880**
**Minneapolis, MN 55402**
**Facsimile: (612) 359-2050**

Rust Consulting, Inc. will forward your Consent Form to Plaintiffs' Counsel, Nichols Kaster & Anderson, for filing with the Court. The Consent Form must be received by Rust Consulting on or before January 15, 2007 (60 days after mailing) for you to participate in this case. If your Consent form is not postmarked by January 15, 2007, you may not participate in this lawsuit.

If you elect not to participate in this action, you need not take any further action.

## EFFECT OF JOINING OR NOT JOINING THIS ACTION

If you join this action, you and Defendants will be bound by any ruling, judgment, award, or settlement, whether favorable or unfavorable. By joining the action, you are agreeing to participate in it. Participation may include answering written discovery, producing documents, testifying in a deposition and testifying in court should the case go to trial.

If you do not join this action, you will not be bound by any ruling, judgment, award, or settlement entered in this case, favorable or unfavorable. If you choose not to join this action, you are free to take action on your own including filing your own lawsuit, or to do nothing at all.

If you file a Consent Form, your continued right to participate in this action will depend upon a later decision by the Court that you and the named Plaintiff are "similarly situated" in accordance with applicable laws, and that it is appropriate for this case to proceed as a collective action.

## STATUTE OF LIMITATIONS

The FLSA has a statute of limitations of two years in some cases and three years in other cases, depending on certain circumstances. If you choose to join this action, and a final determination is rendered that determines that overtime is owed, you may be able to recover damages for only for those overtime hours worked within two years (or three years, depending on the circumstances) of the date your Consent Form is filed. If you choose not to join in this action and a final determination is rendered that determines that overtime is owed, some or all of your rights to such overtime pay (if any) may be barred by the applicable statute of limitations.

If the last day of your last week of employment as a loan consultant, web loan consultant, or web mortgage banker (in which you worked in excess of 40 hours) was on or before November 1, 2003, it is too late for you to join this lawsuit.

**<u>NO RETALIATION PERMITTED</u>**

The law prohibits retaliation against employees for exercising their rights under the FLSA. Therefore, Quicken Loans Inc. is prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this action.

**<u>YOUR LEGAL REPRESENTATION IF YOU JOIN</u>**

The Court has not and will not appoint counsel to represent you. If you choose to join this case by filing a Consent Form, you may obtain your own counsel to represent you, or you may have your interest represented by named Plaintiff's counsel:

Nichols Kaster & Anderson, PLLP
Donald H. Nichols, Paul J. Lukas, Michele R. Fisher, and Rachhana T. Srey
4600 IDS Center, 80 South 8t" Street
Minneapolis, MN 55402 ,
Toll Free Telephone: (877) 448-0492
Facsimile: (612) 215-6870
Website: www.overtimecases.com

Plaintiffs Counsel's law firm's services are offered on a contingency basis. You will have to enter into a contingency agreement directly with this law firm if you retain them as counsel.

**[add consent form]**

1

EXHIBIT "A"
# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Richard Russell, Sherri Bristow,    :
Jason Anthony, Jim Laos, Regina     :
Bedell, and Jeremiah Dowd,          :
individually and on behalf of       :
others similarly situated,          :      CIVIL ACTION NO.
                                    :      1:-06-CV-659-RWS
      Plaintiffs,                  :
                                    :
v.                                  :
                                    :
ProMove, LLC, Texas PME,
LLC, and Todd White,

      Defendants.

## NOTICE OF PENDENCY OF LAWSUIT

TO:    ALL CURRENT AND FORMER PROPERTY SPECIALISTS AND
       SENIOR PROPERTY SPECIALISTS WHO WORKED FOR
       PROMOVE, LLC OR TEXAS PME, LLC FROM NOVEMBER ____,
       2006 [3 YEARS PRIOR TO THE MAILING DATE] TO THE PRESENT

RE:    FAIR LABOR STANDARDS ACT OVERTIME AND MINIMUM
       WAGE LAWSUIT FILED AGAINST PROMOVE, LLC TEXAS PME,
       LLC AND TODD WHITE

## INTRODUCTION

     The purpose of this Notice is to: (1) Inform you that a collective action lawsuit exists that you might join, (2) Advise you how your rights may be affected by this lawsuit, and (3) Instruct you on the procedure for participating in this lawsuit, if you choose to do so.

## DESCRIPTION OF THE ACTION

During 2006, an action was filed against Defendants ProMove, LLC, Texas PME, LLC, and Todd White (collectively referred to as "Defendants") on behalf of the named Plaintiffs and all other similarly situated individuals who worked as property or senior property specialists during the past three years. The action alleges that these individuals are owed overtime pay and/or minimum wages under the Federal Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq.

ProMove and Texas PME deny that they have violated the FLSA, or that any overtime pay or minimum wages are owed, and are defending against all claims that have been asserted against them.

## YOUR RIGHT TO PARTICIPATE IN THIS ACTION

You may join in this lawsuit if:

(a)     you were employed by ProMove, LLC or Texas PME as a property specialist or senior property specialist between Date XX, 2003 [THREE YEARS BEFORE MAILING DATE] and DATE YY, 2006 [MAILING DATE]; and

(b)     you worked as a property specialist or senior property specialist more than forty (40) hours in any work week during this period; and

(c)     you were denied the federal minimum wage $5.15 per hour for some weeks work.

It is entirely your decision whether to join this lawsuit. You are not required to take any action unless you desire to join. If you fit the definition above for those who may join the lawsuit, you may choose to join this action by mailing or faxing the attached Consent Form to Plaintiffs' attorneys:

Nichols Kaster & Anderson, PLLP
Attn: Michele Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Toll Free Telephone: (877) 448-0492
Facsimile: (612) 215-6870

AO 72A
(Rev.8/82)

The Consent Form must be received by Nichols Kaster & Anderson, PLLP, on or before DATE XX, 2006 (60 days after mailing) for you to participate in this case.

## EFFECT OF JOINING OR NOT JOINING THIS ACTION

If you join this action, you will be bound by any ruling, judgment, award, or settlement, whether favorable or unfavorable. While this lawsuit is proceeding, you may be required to provide information and documents, or otherwise participate in this action.

If you choose not to join this action, you will not be bound by any ruling, judgment, or settlement entered in this case, favorable or unfavorable.

If you file a Consent Form, your continued right to participate in this action will depend upon a later decision by the Court that you and the named Plaintiffs are "similarly situated" in accordance with applicable laws and that it is appropriate for this case to proceed as a collective action.

If you choose not to join this action, you will not be bound by any ruling, judgment, or settlement entered in this case, favorable or unfavorable. If you choose not to join this lawsuit, you may file a separate lawsuit on your own or choose to take no action at all.

## STATUTE OF LIMITATIONS

The FLSA has a two to three year statute of limitations, depending upon later decisions by the Court. If you choose to join this action, you may be able to recover damages only for hours worked within two or possibly three years of the date your Consent Form is filed. If you choose not to join in this action or file your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the FLSA. Therefore, ProMove and Texas PME are prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this action.

3

## LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this case by filing a Consent Form, your interests will be represented by Nichols Kaster & Anderson, PLLP:

Donald Nichols, Paul J. Lukas, and Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Toll Free Telephone: (877) 448-0492
Facsimile: (612) 215-6870
Website: www.overtimecases.com

Plaintiffs' Counsel have taken this case on a contingency basis. They may be entitled to receive attorneys' fees and costs from ProMove and Texas PME and Todd White should there be a recovery or judgment in Plaintiffs' favor. If there is a recovery, Plaintiffs' Counsel will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. If there is no recovery or judgment in Plaintiffs' favor, Plaintiffs' Counsel will not seek any attorneys' fees or costs from any of the Plaintiffs. The specific terms and conditions will be contained in a fee agreement separately entered into by Plaintiffs' Counsel and you if you decide to participate in this case.

THIS NOTICE AND ITS CONTENT HAVE BEEN AUTHORIZED BY THE U.S. DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, HONORABLE JUDGE RICHARD W. STORY.

4

AO 72A
(Rev.8/82)

**ProMove, LLC, Texas PME,, LLC and Todd White**
**PLAINTIFF CONSENT FORM**

I hereby consent to join the lawsuit against ProMove, LLC, Texas PME, LLC and Todd White as a Plaintiff to assert claims for minimum wage and/or overtime violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.  During the past three years, there were occasions when I worked over 40 hours per week for ProMove, LLC or Texas PME, LLC as a Property Specialist or Senior Property Specialist.

**FIRST LAST NAME** _____
**STREET**                  _____
**CITY STATE ZIP**     _____
If any of the above information has changed, please update

_____
Signature

_____
Date

_____
Best Phone Numbers

_____
E-Mail Address

_____
Social Security Number (last 4 digits)

_____
Emergency Contact (in case we lose contact with you)

**Mail or Fax to:**   **Fax (612) 215-6870**
                            **Nichols Kaster Anderson PLLP (Attn: Michele Fisher)**
                            **80 South 8th Street, Suite 4600, Minneapolis, MN 55402**
                            **Toll Free Telephone: (877) 448-0492**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Kevin Czubara,
individually and on behalf of other
similarly situated employees,

      Plaintiff,

  vs.

Hamilton Mortgage Company, an
Arizona
corporation and James Lyddon,
personally and individually,

      Defendants.

No.: CV'O5 3438 PHX DGC

## NOTICE OF PENDENCY OF LAWSUIT

**TO:** **ALL PRESENT AND FORMER LOAN OFFICERS OF HAMILTON MORTGAGE COMPANY WHO WORKED AS "CONSUMER DIRECT LOAN OFFICERS" FROM JUNE 1, 2003 TO PRESENT.**

**RE:** **FAIR LABOR STANDARDS ACT LAWSUIT FILED AGAINST HAMILTON MORTGAGE COMPANY AND JAMES LYDDON.**

### INTRODUCTION

The purpose of this notice is to inform you of a collective action lawsuit in which you potentially are "similarly situated" to the named Plaintiff, to advise you of how your rights may be affected by this action, and to instruct you on the procedure to make a claim if you choose to do so.

### DESCRIPTION OF THE ACTION

In October 2005, an action was filed against Defendants Hamilton Mortgage Company and James Lyddon, personally and individually, (collectively "Defendants") on behalf of the named Plaintiff and all other individuals who worked as consumer direct loan officers for Hamilton Mortgage Company during the past three years (collectively referred to as the "potentially similarly situated group"). Specifically, the Plaintiffs allege that they are owed minimum wage and overtime compensation under the Federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., for weeks they did not receive compensation equal to the federal minimum wage and/or overtime compensation while working in excess of 40 hours per week for Hamilton Mortgage Company.

Hamilton Mortgage and James Lyddon have denied any wrongdoing or liability and contest all claims that have been asserted.

### COMPOSITION OF THE POTENTIALLY SIMILARLY SITUATED GROUP

The named Plaintiff was employed by Hamilton Mortgage Company as a consumer direct loan officer. He seeks to sue on behalf of himself and other employees with whom they are similarly situated. Specifically, he seeks to sue on behalf of any and all individuals:

(a) who have been employed by Hamilton Mortgage Company as consumer direct loan officers in any of its consumer direct branch offices,[1] across the country, from June 1, 2003, to the present; and

---

[1] Consumer Direct branch offices include:  Phoenix, AZ; Diamond Bar, CA; Dubuque, Des Moines, Cedar Rapids, Cedar Falls and Davenport, IA; Bloomington and East Indianapolis, IN; Grand Rapids, Kalamazoo, Holland and Lansing, MI; Blue Springs,

(b) who worked weeks where they did not receive compensation equal to the federal minimum wage, and/or overtime compensation for work in excess of 40 hours per week.

## YOUR RIGHT TO PARTICIPATE IN THIS ACTION

If you fit the definition above, you may choose to join this action by mailing the attached "Plaintiff Consent Form" to Plaintiff's counsel in the enclosed postage paid return envelope or by faxing it to Plaintiff's counsel, attention to Sarah Fleegel, at 612-215-6870.

The "Plaintiff Consent Form" must be received in sufficient time for Plaintiffs' counsel to file it with the Court on or before **September 5, 2006.**

## EFFECT OF JOINING OR NOT JOINING THIS ACTION

If you join this action, you, Hamilton Mortgage Company and James Lyddon will be bound by any ruling, judgment, award or settlement, whether favorable or unfavorable. If you do not join this action, you will not be bound by any ruling, judgment, award, or settlement, entered in this case, favorable or unfavorable. If you do not to join this action, you are free to take action on your own.

If you file a "Plaintiff Consent Form" your continued right to participate in this action will depend upon a later decision by the Court that you and the named Plaintiff are "similarly situated" in accordance with applicable laws, and that it is appropriate for this case to proceed as a collective action.

---

Kansas City and Warsaw, MO; Grand Island, Lincoln and Omaha, NE; Las Vegas, NV (two branches); Houston, TX; and Spokane, WA.

## STATUTE OF LIMITATIONS

The FLSA has a maximum statute of limitations of three years. If you choose to join this action, or choose to bring your own action, you may be able to recover damages if you were improperly denied minimum wage and/or overtime compensation only during weeks worked within three years of the date you file your "Plaintiff Consent Form." If you choose not to join in this action or file your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the FLSA. Therefore, Hamilton Mortgage Company and James Lyddon are prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this action.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this case by filing a Plaintiff Consent Form, you will be agreeing to representation by Plaintiffs' Counsel, unless you designate your own attorney. Plaintiffs' Counsel is being paid on a contingency fee and/or statutory basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. The specific terms and conditions of representation will be contained in a fee agreement entered into by the attorneys and you.

## FURTHER INFORMATION

Further information about this lawsuit or this notice can be obtained by

contacting Plaintiffs' counsel at:

<u>ATTORNEYS FOR PLAINTIFFS/LOAN OFFICERS</u>
Nichols Kaster & Anderson, PLLP
Attn: Paul Lukas or Sarah Fleegel
4600 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402
Telephone: 1-877-448-0492
Facsimile: 612-215-6870
Email: fleegel@nka.com

<u>ATTORNEYS FOR DEFENDANTS/HAMILTON MORTGAGE COMPANY AND
JAMES LYDDON</u>
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Tracy A. Miller
Kerry S. Martin
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016
Telephone: 602-778-3715
Facsimile: 602-778-3750
Email: Kerry.Martin@ogletreedeakins.com

**THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE
COURT. THE COURT HAS TAKEN NO POSITION REGARDING THE
MERITS OF THE PLAINTIFFS' CLAIMS OR HAMILTON MORTGAGE
COMPANY'S AND JAMES LYDDON'S DEFENSES.**

Dated: 6/7/2006                    By: _Sarah Fleegel_
                                   Donald H. Nichols, MN Bar No. 78918
                                   Paul J. Lukas, MN Bar No. 22084X
                                   Sarah M. Fleegel, MN Bar No. 34557X
                                   Nichols Kaster Anderson PLLP
                                   4600 IDS Center, 80 South Eighth St.
                                   Minneapolis, MN 55402-2242
                                   Telephone: (612) 256-3200
                                   Fax: (612) 215-6870

                    **ATTORNEYS FOR PLAINTIFFS**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Keven Saunders, Tony Moy, Eric Orman,
Michael Barylski, and Grant Moellering,
individually and on behalf of others similarly
situated,

      Plaintiffs,

v.

Ace Mortgage Funding, Incorporated,
and Richard M. Hall,

      Defendants.

Court File No. 05-1437 (DWF/JSM)

**IMPORTANT NOTIFICATION
OF LAWSUIT**

---

**TO:   ALL INDIVIDUALS WHO WORKED AS LOAN OFFICERS FOR ACE MORTGAGE FUNDING INC. FROM JULY 20, 2002, TO THE PRESENT**

**RE:   OVERTIME AND MINIMUM WAGE LAWSUIT FILED AGAINST ACE MORTGAGE FUNDING INC.**

### PURPOSE OF NOTIFICATION

The purpose of this notice is to inform you that a lawsuit exists in which you are potentially eligible to participate because you may be "similarly situated" to the named Plaintiffs. This notification also is intended to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, should you choose to do so.

### DESCRIPTION OF THE LAWSUIT

In July 2005, the above-named Plaintiffs brought this lawsuit in the United States District Court for the District of Minnesota against Ace Mortgage Funding, Inc. and Richard H. Hall, (collectively referred to as "Ace") on behalf of themselves and all other individuals who worked as loan officers between July 20, 2002, and present.  The Plaintiffs allege that they are owed an overtime premium under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., for

1

work in excess of forty (40) hours per work week they performed during the period from July 20, 2002, and present.  Plaintiffs also allege that they are owed the minimum wage for weeks in which they received less than the federal minimum wage.

Ace denies that Plantiffs have stated a claim that satisfies the substantive and procedural requirements to bring a lawsuit and recover under the FLSA.

## COMPOSTION OF THE CLASS

Plaintiffs were employed by Ace nationwide as loan officers.  They seek to sue on behalf of themselves and also on behalf of other current or former loan officers with whom they are similarly situated.  Specifically, Plaintiffs seek to sue on behalf of any and all employees who:

(a)   were employed by Ace as a loan officers in any of its offices across the country, from July 20, 2002, to the present; and

(b)   worked more than forty (40) hours a week during that period without overtime compensation; or

(c)   worked weeks for which they received less than the minimum wage of $5.15 per hour.

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit the definition above, you may have a right to participate in this lawsuit by mailing or faxing the attached "Plaintiff Consent Form" to Plaintiffs' counsel at the following address:

Donald H. Nichols, Paul J. Lukas, and Michele R. Fisher
Nichols Kaster & Anderson
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Toll Free Telephone: (877) 448-0492
Facsimile: (612) 215-6870

The signed "Plaintiff Consent Form" must be received in sufficient time for Plaintiffs' counsel to file it with the Federal Court on or before January 24, 2006.

2

If you file a "Plaintiff Consent Form," your continued right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are actually "similarly situated" in accordance with federal law.

### EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join this lawsuit, you and Ace will be bound by any ruling, judgment or settlement, whether favorable or unfavorable. If you choose not to join this suit, you will not be affected by any ruling, judgment or settlement, entered in this case, favorable or unfavorable. If you choose not to join this lawsuit, you are free to file your own lawsuit.

### STATUTE OF LIMITATIONS

Plaintiffs' claims in this action are limited to a two- or three-year "statute of limitations." If you choose to join this action, you may be able to recover damages if you were improperly denied overtime or minimum wage compensation for hours worked within the two or three years prior to the date you file your "Plaintiff Consent Form." If you choose not to join in this action some or all of your potential claims may later be barred by the applicable statute of limitations.

### NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the Fair Labor Standards Act. You will not be discharged or retaliated against if you choose to participate, or not participate, in this action. You may disregard any communication sent by Ace that contradicts this Notice. In particular, you are not required to discuss the facts and circumstances surrounding this lawsuit with Ace or its officers. You may rely upon this Notice as an accurate description of the lawsuit and your rights in relation to the lawsuit.

### YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, your interests will be represented by counsel for Plaintiffs. Plaintiffs' counsel are:

3

Donald H. Nichols, Paul J. Lukas, and Michele R. Fisher
Nichols Kaster & Anderson
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Toll Free Telephone: (877) 448-0492
Facsimile: (612) 215-6870

and

Sam J. Smith and Marguerite M. Longoria
Burr & Smith, LLP
442 West Kennedy Blvd., Suite 300
Tampa, Florida 33606
Telephone (813) 253-2010
Fax (813)254-8391

The attorneys are being paid on a contingency fee and/or statutory basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. The specific terms and conditions of representation will be contained in a fee agreement entered into by the attorneys and you. You may request a copy of the contingency fee agreement executed by the Plaintiffs in this matter by contacting Plaintiffs' counsel at the address, telephone number, or fax number that appears above.

## FURTHER INFORMATION

Further information about this lawsuit or this notification can be obtained by contacting Plaintiffs' attorneys at the addresses or phone numbers provided above.

**THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE DONOVAN W. FRANK, UNITED STATES DISTRICT JUDGE. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.**

4

## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1.      I hereby consent and agree and opt-in to become a plaintiff in a lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, to recover unpaid wages and overtime from my current/former employer, **Ace Mortgage Funding, Inc.**, and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives (collectively "Ace Mortgage").

2.      I hereby agree to be bound by any adjudication of this action by the Court, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by this Court as fair, adequate, and reasonable.

3.      I hereby designate the law firms of Nichols Kaster & Anderson, PLLP and Burr & Smith, L.L.P. to represent me in this action.

Date: _____

_____
Signature

_____
Print Name

_____

No Information Included Below Will be Filed With the Court

### PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:

Name: _____
              (First)                              (Middle)                       (Last)

Any other Name(s) used or known by: _____

Street Address: _____

City, State, Zip: _____

Home: _____ Work: _____ Cell: _____

Email: _____

Social Security Number: _____ (or) Date of Birth _____

Fax or Mail to: Nichols Kaster & Anderson, PLLP (Attn. Michele Fisher)
              80 South 8th Street, Suite 4600, Minneapolis, MN 55402
              Toll Free Telephone: (877) 448-0492
              Fax: (612) 215-6870

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert G. Wilbur,                                     Court File No.: 04-3172 (DWF/FLN)
individually and on behalf of other
similarly situated employees,

                          Plaintiffs,

                                                      **NOTICE OF PENDENCY**
v.                                                    **OF OVERTIME LAWSUIT**

Chase Manhattan Mortgage
Corporation,

                          Defendant.

---

**TO:   ALL PRESENT AND FORMER LOAN OFFICERS OF CHASE MANHATTAN MORTGAGE CORPORATION WHO WORKED FROM JULY 2001 TO PRESENT.**

**RE:   FAIR LABOR STANDARDS ACT OVERTIME LAWSUIT FILED AGAINST CHASE MANHATTAN MORTGAGE CORPORATION.**

### INTRODUCTION

The purpose of this notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named Plaintiff, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, should you choose to do so.

### DESCRIPTION OF THE LAWSUIT

In July 2004, the above-named Plaintiff brought this lawsuit against Defendant Chase Manhattan Mortgage Corporation ("Defendant") on behalf of himself and all other past and present individuals who worked as loan officers. Specifically, the Plaintiff alleges that he is owed overtime pay at a rate of time and one-half of his regular wage under the Fair Labor

1

Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., for work in excess of forty (40) hours per work week he performed for Defendant from July 8, 2001, to present.

Defendant has denied any wrongdoing or liability and contests all claims that have been asserted. While generally the FLSA requires that employees receive overtime pay for all hours of work in excess of forty (40) hours per work week, the FLSA also provides that certain employees are "exempt" from its overtime requirements. Defendant maintains that Plaintiffs were "exempt" employees under the FLSA which, for example, exempts employees in certain administrative, outside sales, or commission sales positions.

## COMPOSITION OF THE CLASS

Plaintiffs were or are employed by Defendant nationwide as retail loan officers. They seek to sue on behalf of themselves and also on behalf of other employees with whom they are similarly situated. Specifically, the Plaintiffs seek to sue on behalf of any and all employees who are or have been:

(a)  employed by Defendant as a retail loan officer in the prime lending division in any of its offices across the country from February 22, 2002 to present;

(b)  worked 20% or more of your hours at Defendant's offices; and

(c)  did not receive overtime compensation for hours worked beyond forty (40) hours a week.

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit the definition above, you may join this suit (that is, you may "opt-in") by mailing the attached "Plaintiff Consent Form" to Plaintiffs' counsel at the following address:

Donald H. Nichols, Paul J. Lukas, Michele R. Fisher and Rachhana T. Srey
Nichols Kaster & Anderson, PLLP
4644 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 338-1919 or Toll Free (877) 448-0492
Fax: (612) 215-6870

2

The "Plaintiff Consent Form" must be received in sufficient time for Plaintiffs' counsel to file it with the Federal Court on or before **April 21, 2005.**

If you file a "Plaintiff Consent Form", your continued right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are actually "similarly situated" in accordance with federal and state laws.

## EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join this lawsuit, you and Defendant will be bound by any ruling, judgment or settlement, whether favorable or unfavorable. While this lawsuit is proceeding, you may be required to provide information, sit for depositions and/or testify in Court.

If you choose not to join this suit, you will not be affected by any ruling, judgment, or settlement, entered in this case, favorable or unfavorable. If you choose not to join this lawsuit, you are free to file your own lawsuit.

## STATUTE OF LIMITATIONS

Plaintiffs claims in this action are limited to a three-year "statute of limitations." If you choose to join this action, you may be able to recover damages if you were improperly denied overtime compensation only for overtime hours worked within three years of the date you filed your consent form. If you choose not to join in this action some or all of your potential claims may later be barred by the applicable statue of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the Fair Labor Standards Act. Therefore, Defendant is prohibited from discharging you or discriminating against you in any other manner because you chose to participate in this action.

3

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, your interests will be represented by counsel for

Plaintiffs. Plaintiffs' counsel are:

> Donald H. Nichols, Paul J. Lukas, Michele R. Fisher and Rachhana T. Srey
> Nichols Kaster & Anderson
> 4644 IDS Center, 80 South Eighth Street
> Minneapolis, MN 55402-2242
> Telephone: (612) 338-1919 or Toll Free (877) 448-0492
> Fax: (612) 215-6870

The attorneys are being paid on a contingency fee basis, which means that if there is no recovery,

there will be no attorneys' fees. If there is a recovery, the attorneys will receive a part of any

settlement obtained or money judgment entered in favor of all members of the class. The

specific terms and conditions of representation will be contained in a fee agreement entered into

by you and the attorneys.

## FURTHER INFORMATION

Further information about this lawsuit or this notice can be obtained by contacting

Plaintiffs' attorneys at the address or phone number provided above.

**THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE FRANKLIN L. NOEL, MAGISTRATE JUDGE. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.**

By: _____

Donald H. Nichols #78918
Paul J. Lukas, #22084X
Michele R. Fisher, #303069
Rachhana T. Srey, #340133
Nichols Kaster & Anderson, PLLP
4644 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2242
Telephone: (612) 338-1919
Toll Free: (877)448-0492
Fax: (612) 215-6870
**ATTORNEYS FOR PLAINTIFFS**

4

# CHASE MANHATTAN MORTGAGE CORP.
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Chase Manhattan Mortgage Corp. as a Plaintiff to assert claims against it for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

_____
Signature                          Date

_____
Print Name

_____
Address (with apartment number if applicable)

_____
City, State, Zip Code

_____
Home Telephone

_____
Work Telephone

_____
Cell Phone

_____
E-Mail Address

_____
Social Security Number

_____
Emergency Contact

Fax To:     Nichols Kaster & Anderson, PLLP
            Attn: Michele Fisher
            Facsimile: (612) 215-6870

Or Mail To: Nichols Kaster & Anderson, PLLP
            Attn: Michele Fisher
            4644 IDS Center, 80 S. 8th Street
            Minneapolis, MN 55402
            Toll Free Telephone (877) 448-0492

2/22/2005

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

Raquib Abduallah and Phill Graham, individually and on behalf of other similarly situated employees,

                    Plaintiffs,

v.

Bank of America, N.A.,

                    Defendant.

Civil Action No. 04-2951 JMR/FLN

**NOTICE OF PENDENCY
OF OVERTIME LAWSUIT**

---

**TO:**    **ALL PRESENT AND FORMER RETAIL ACCOUNT EXECUTIVES OF BANK OF AMERICA, N.A., FROM JUNE 1, 2001, TO PRESENT.**

**RE:**    **FAIR LABOR STANDARDS ACT OVERTIME LAWSUIT FILED AGAINST BANK OF AMERICA, N.A.**

## INTRODUCTION

The purpose of this notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the named Plaintiffs, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, should you choose to do so.

## DESCRIPTION OF THE LAWSUIT

In June 2004, the above-named Plaintiffs brought this lawsuit against Defendant Bank of America, N.A. ("Defendant") on behalf of themselves and all other past and present individuals who worked as retail account executives. Specifically, the Plaintiffs allege that they are owed overtime pay at a rate of time and one-half of their regular wage under the Fair Labor Standards

1

Act ("FLSA"), 29 U.S.C. § 201, et seq., for work in excess of forty (40) hours per work week they performed for Defendant from June 1, 2001, to present.

Defendant has denied any wrongdoing or liability and contests all claims that have been asserted. While generally the FLSA requires that employees receive overtime pay for all hours of work in excess of forty (40) hours per work week, the FLSA also provides that certain employees are "exempt" from its overtime requirements. Defendant maintains that Plaintiffs were "exempt" employees under the FLSA which, for example, exempts employees in certain administrative, outside sales or commission sales positions.

## COMPOSITION OF THE CLASS

Plaintiffs were or are employed by Defendant nationwide as retail account executives. They seek to sue on behalf of themselves and also on behalf of other employees with whom they are similarly situated. Specifically, the Plaintiffs seek to sue on behalf of any and all employees who are or have been:

(a)     employed by Defendant as a retail account executive (position number "SM009") in any of its offices across the country, from June 1, 2001 to present;

(b)     worked less than 80% of your hours outside of the office; and

(c)     did not receive overtime compensation for hours worked beyond forty (40) hours a week.

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit the definition above, you may join this suit (that is, you may "opt-in") by mailing the attached "Plaintiff Consent Form" to Plaintiffs' counsel at the following address:

Donald H. Nichols, Paul J. Lukas, Michele R. Fisher, and Rachhana T. Srey
Nichols Kaster & Anderson, PLLP
4644 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 338-1919 or Toll Free (877) 448-0492
Fax: (612) 215-6870

2

The "Plaintiff Consent Form" must be received in sufficient time for Plaintiffs' counsel to file it with the Federal Court on or before April 15, 2005.

If you file a "Plaintiff Consent Form", your continued right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are actually "similarly situated" in accordance with federal and state laws.

## EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join this lawsuit, you and Defendant will be bound by any ruling, judgment or settlement, whether favorable or unfavorable. While this lawsuit is proceeding, you may be required to provide information, sit for depositions and/or testify in Court.

If you choose not to join this suit, you will not be affected by any ruling, judgment, or settlement, entered in this case, favorable or unfavorable. If you choose not to join this lawsuit, you are free to file your own lawsuit.

## STATUTE OF LIMITATIONS

Plaintiffs' claims in this action are limited to a three-year "statute of limitations." If you choose to join this action, you may be able to recover damages if you were improperly denied overtime compensation only for overtime hours worked within three years of the date you filed your consent form. If you choose not to join in this action, some or all of your potential claims may later be barred by the applicable statue of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the Fair Labor Standards Act. Therefore, Defendant is prohibited from discharging you or discriminating against you in any other manner because you chose to participate in this action.

3

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, your interests will be represented by counsel for Plaintiffs. Plaintiffs' counsel are:

Donald H. Nichols, Paul J. Lukas, Michele R. Fisher, and Rachhana T. Srey
Nichols Kaster & Anderson, PLLP
4644 IDS Center, 80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 338-1919 or Toll Free (877) 448-0492
Fax: (612) 215-6870

The attorneys are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. The specific terms and conditions of representation will be contained in a fee agreement entered into by you and the attorneys.

## FURTHER INFORMATION

Further information about this lawsuit or this notice can be obtained by contacting Plaintiffs' attorneys at the address or phone number provided above.

**THIS NOTICE AND ITS CONTENT HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE FRANKLIN L. NOEL, MAGISTRATE JUDGE. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.**

4

By:
Donald H. Nichols #78918
Paul J. Lukas, #22084X
Michele R. Fisher, #303069
Rachhana T. Srey, #340133
Nichols, Kaster & Anderson, PLLP
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 338-1919
Fax: (612) 215-6870

**ATTORNEYS FOR PLAINTIFFS**

5

# BANK OF AMERICA
# PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against **BANK OF AMERICA** as a Plaintiff to assert claims against it for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq..

_____    _____
Signature                          Date

_____
Print Name

_____
Address (with apartment number if applicable)

_____
City, State, Zip Code

_____
Home Telephone

_____
Work Telephone

_____
Cell Phone

_____
E-Mail Address

_____
Social Security Number

_____
Emergency Contact

Fax To:         Nichols Kaster & Anderson, PLLP
                Attn:  Michele Fisher
                Facsimile: (612) 215-6870

Or Mail To:     Nichols Kaster & Anderson, PLLP
                Attn:  Michele Fisher
                4644 IDS Center, 80 S. 8th Street
                Minneapolis, MN 55402
                Toll Free Telephone (877) 448-0492

2/18/2005

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Douglas Pontius,<br>individually and on behalf of other<br>similarly situated employees, | )<br>)<br>) | |
| Plaintiff, | )<br>)<br>) | Civil Action No. 04-1737 |
| v. | )<br>) | |
| Delta Financial Corporation, d/b/a,<br>Fidelity Mortgage, Inc., | )<br>)<br>) | Judge Gary L. Lancaster<br>Magistrate Judge Lisa Pupo Lenihan |
| Defendant. | )<br>) | |

## NOTICE OF PENDENCY OF LAWSUIT

**TO:    ALL PRESENT AND FORMER LOAN OFFICERS OF FIDELITY MORTGAGE, INC.
WHO WORKED AUGUST 4, 2002 TO PRESENT.**

**RE:    FAIR LABOR STANDARDS ACT OVERTIME LAWSUIT FILED AGAINST FIDELITY
MORTGAGE, INC.**

### INTRODUCTION

The purpose of this notice is to inform you of the existence of a collective action lawsuit in which

you potentially are "similarly situated" to the named Plaintiff, to advise you of how your rights may be

affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, should you

choose to do so.

### DESCRIPTION OF THE LAWSUIT

In November 2004, the above-named Plaintiff brought this lawsuit against Defendant Delta

Financial Corporation d/b/a Fidelity Mortgage, Inc. ("Defendant") on behalf of himself and all other past

and present individuals who worked as loan officers, senior loan officers or mortgage analysts.

Specifically, the Plaintiff alleges that he is owed overtime pay at a rate of time and one-half of his regular

wage under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., for work in excess of forty

(40) hours per work week he performed for Defendant from November 1, 2001, to present.

Defendant has denied any wrongdoing or liability and contests all claims that have been asserted.

While generally the FLSA requires that employees receive overtime pay for all hours of work in excess of

forty (40) hours per work week, the FLSA also provides that certain employees are "exempt" from its overtime requirements.  Defendant maintains that Plaintiff was an "exempt" employee under the FLSA which, for example, exempts employees in certain adminstrative, outside sales or commission sales positions.

**COMPOSITION OF THE CLASS**

Plaintiff was employed by Defendant nationwide as a loan officer, senior loan officer or mortgage analyst.  He seeks to sue on behalf of himself and also on behalf of other employees with whom he is similarly situated.  Specifically, Plaintiff seeks to sue on behalf of any and all employees who are or have been:

(a)   employed by Defendant as a loan officer, senior loan officer or mortgage analyst in any of its offices across the country, from August 4, 2002 to present; and

(b)   who worked more than forty (40) hours a week at any time; and

(c)   did not receive overtime compensation for hours worked beyond forty (40) hours a week.

**YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT**

If you fit the definition above, you may join this suit (that is, you may "opt-in") by mailing the attached "Plaintiff Consent Form" to Plaintiff's counsel at the following address:

Donald H. Nichols, Paul J. Lukas, Michele R. Fisher and Rachhana T. Srey
Nichols Kaster & Anderson
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone:  (612) 256-3200 or Toll Free (877) 448-0492

The "Plaintiff Consent Form" must be received in sufficient time for Plaintiff's counsel to file it with the Federal Court on or before October 18, 2005.

If you file a "Plaintiff Consent Form", your continued right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiff are actually "similarly situated" in accordance with federal and state laws.

2

## EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join this lawsuit, you and Defendant will be bound by any ruling, judgment or settlement, whether favorable or unfavorable.  While this lawsuit is proceeding, you may be required to provide information, sit for depositions and/or testify in Court.

If you choose not to join this suit, you will not be affected by any ruling, judgment, or settlement, entered in this case, favorable or unfavorable.  If you choose not to join this lawsuit, you are free to file your own lawsuit.

## STATUTE OF LIMITATIONS

Plaintiff's claims in this action are limited to a two or potentially three-year "statute of limitations."  If you choose to join this action, you may be able to recover damages if you were improperly denied overtime compensation only for overtime hours worked within two or potentially three years of the date you filed your consent form.  If you choose not to join in this action some or all of your potential claims may later be barred by the appliciable statue of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the Fair Labor Standards Act.  Therefore, Defendant is prohibited from discharging you or discriminating against you in any other manner because you chose to participate in this action.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, your interests will be represented by counsel for Plaintiff. Plaintiff's counsel are:

> Donald H. Nichols, Paul J. Lukas, Michele R. Fisher and Rachhana T. Srey
> Nichols Kaster & Anderson
> 4600 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402-2242
> Telephone:  (612) 256-3200 or Toll Free (877) 448-0492

The attorneys are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees.  If there is a recovery, the attorneys will receive a part of any settlement

3

obtained or money judgment entered in favor of all members of the class. The specific terms and conditions of representation will be contained in a fee agreement entered into by you and the attorneys.

### FURTHER INFORMATION

Further information about this lawsuit or this notice can be obtained by contacting Plaintiff's attorneys at the address or phone number provided above.

THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE LISA PUPO LENIHAN, MAGISTRATE JUDGE. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFF'S CLAIMS OR OF DEFENDANT'S DEFENSES.

By:_____

Donald H. Nichols MN Bar #78918
Paul J. Lukas, MN Bar #22084
Michele R. Fisher, MN Bar #303069
Rachhana T. Srey, MN Bar #340133
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2242
(612) 256-3200

**ATTORNEYS FOR PLAINTIFF**

4

# FIDELITY MORTGAGE, INC.
# PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Fidelity Mortgage, Inc. as a Plaintiff to assert claims against it for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

_____
Signature                                      Date

_____
Print Name

_____
Address (with apartment number if applicable)

_____
City, State, Zip Code

_____
Home Telephone

_____
Work Telephone

_____
Cell Phone

_____
E-Mail Address

_____
Social Security Number

_____
Emergency Contact

Fax To:        Nichols Kaster & Anderson, PLLP
               Attn: Michele Fisher
               Facsimile: (612) 215-6870

Or Mail To:    Nichols Kaster & Anderson, PLLP
               Attn: Michele Fisher
               4600 IDS Center, 80 S. 8th Street
               Minneapolis, MN 55402
               Toll Free Telephone (877) 448-0492