## NOTICE OF COLLECTIVE ACTION LAWSUIT

*Kenneth K. Kalish and Jane M. Neal, individually and on behalf of other similarly situated employees v. High-Tech Institute, Inc.*, Civil File No. 04-1440 (JRT/JSM) (U.S. Dist. Ct., D. Minn.)

**TO:** **ALL PRESENT AND FORMER FULL-TIME INSTRUCTORS OF HIGH-TECH INSTITUTE, INC., FROM MAY 11, 2002, TO PRESENT.**

**RE:** **FAIR LABOR STANDARDS ACT OVERTIME LAWSUIT FILED AGAINST HIGH-TECH INSTITUTE, INC.**

### INTRODUCTION

The purpose of this notice is to inform you of the existence of a collective action lawsuit in which you potentially are "similarly situated" to the plaintiffs, Kenneth M. Kalish and Jane M. Neal (hereinafter, "the Plaintiffs"), to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, should you choose to do so.

### DESCRIPTION OF THE LAWSUIT

In April 2004, the Plaintiffs brought a lawsuit in federal court in Minnesota against High-Tech Institute, Inc. ("High-Tech Institute"), an Arizona Corporation, on behalf of themselves and all other past and present individuals who worked as full-time instructors. Specifically, the Plaintiffs allege that they are owed overtime pay at a rate of time and one-half of their regular wage under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., for work in excess of forty (40) hours per work week.

High-Tech Institute has denied any wrongdoing or liability and contests all claims that have been asserted. While generally the FLSA requires that employees receive overtime pay for all hours of work in excess of forty (40) hours per work week, the FLSA also provides that certain employees are "exempt" from its overtime requirements. High-Tech Institute maintains

that Plaintiffs were "exempt" employees under the FLSA which, for example, exempts employees in certain executive, professional, or administrative positions.

## COMPOSITION OF THE CLASS

The Plaintiffs were employed by High-Tech Institute as full-time instructors in Minnesota. They seek to sue on behalf of themselves and also on behalf of other employees with whom they are similarly situated. Specifically, the Plaintiffs seek to sue on behalf of any and all employees who are or have been:

(a)    employed by High-Tech Institute as a full-time instructor in any of its schools across the country, from May 11, 2002 to present; and

(b)    did not receive overtime compensation for hours worked beyond forty (40) hours a week.

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit the definition described in the "Composition of the Class" above, you may join this suit (that is, you may "opt-in") by mailing or faxing the attached "Plaintiff Consent Form" to the Plaintiffs' counsel at the following address:

Donald H. Nichols, Paul J. Lukas, Michele R. Fisher, and Rachhana T. Srey
Nichols Kaster & Anderson
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 338-1919 or Toll Free (877) 448-0492
Facsimile: (612) 215-6870

The "Plaintiff Consent Form" must be received in sufficient time for Plaintiffs' counsel to file it with the Federal Court on or before August 1, 2005.

If you file a "Plaintiff Consent Form", your continued right to participate in this lawsuit may depend upon a variety of factors, including (1) a later decision by the District Court as to

2

whether you and the Plaintiffs are actually "similarly situated" in accordance with federal law; and (2) whether your "Plaintiff Consent Form" was filed within the period permitted by the applicable statute of limitations.

## YOUR RIGHT NOT TO PARTICIPATE IN THIS LAWSUIT

You do not have to participate in this lawsuit. If you fit within the Composition of the Class described above and you do not wish to participate, or if you wish to bring your own lawsuit, you do not have to do anything at this time. You are free to retain an attorney other than the attorneys listed in this Notice either to seek independent legal advice or to commence an independent lawsuit in an appropriate court on behalf of yourself.

## EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

· If you choose to join this lawsuit, you and High-Tech Institute will be bound by any ruling, judgment or settlement, whether favorable or unfavorable. While this lawsuit is proceeding, you may be required to provide information, sit for depositions and/or testify in Court in Minneapolis, Minnesota.

If you choose not to join this suit, you will not be affected by any ruling, judgment, or settlement, entered in this case, favorable or unfavorable.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the FLSA. Therefore, High-Tech Institute is prohibited from discharging you or discriminating against you in any other manner because you choose to participate in this action.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, your interests will be represented by counsel for Plaintiffs. Plaintiffs' counsel are:

3

Donald H. Nichols, Paul J. Lukas, Michele R. Fisher, and Rachhana T. Srey
Nichols Kaster & Anderson
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 338-1919 or Toll Free (877) 448-0492

If you return the Plaintiff Consent Form, the specific terms and conditions of representation will

be contained in a fee agreement entered into by you and the attorneys.

### FURTHER INFORMATION

Further information about this lawsuit or this notice can be obtained by contacting

Plaintiffs' attorneys at the address or phone number provided above.

**THIS NOTICE AND ITS CONTENT HAVE BEEN AUTHORIZED BY
THE HONORABLE JOHN R. TUNHEIM, FEDERAL DISTRICT COURT
JUDGE. THE COURT TAKES NO POSITION REGARDING THE
MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S
DEFENSES.**

By:_____
Donald H. Nichols, #78918
Paul J. Lukas, #22084X
Michele R. Fisher, #303069
Rachhana T. Srey, #340133
Nichols Kaster & Anderson, PLLP
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2242
Toll Free (877) 448-0492

**ATTORNEYS FOR PLAINTIFFS**

4

# HIGH-TECH INSTITUTE
# PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against **High-Tech Institute** as a Plaintiff to assert claims against it for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

_____     _____
Signature                                                             Date

_____
Print Name

_____
Social Security Number

_____
Address (with apartment number if applicable)

_____
City, State, Zip Code

_____
Home Telephone

_____
Work Telephone

_____
Cell Phone

_____
E-Mail Address

_____
Emergency Contact

**Fax To:**        **Nichols Kaster & Anderson, PLLP**
                        **Attn: Michele Fisher**
                        **Facsimile: (612) 215-6870**

**Or Mail To:**   **Nichols Kaster & Anderson, PLLP**
                        **Attn: Michele Fisher**
                        **4644 IDS Center, 80 S. 8th Street**
                        **Minneapolis, MN 55402**
                        **Toll Free Telephone (877) 448-0492**

5/19/2005

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dawn Smith, et al.,                                    Civil No. 04-1403 (RHK/AJB)

        Plaintiffs,

    vs.                                            ORDER

Heartland Automotive Services, Inc.,
d/b/a Jiffy Lube,

        Defendant.

Before the Court are Defendant's Objections to the September 3, 2004 Report and Recommendation (R&R) of United States Magistrate Judge Arthur J. Boylan. Judge Boylan has recommended that Plaintiffs' Motion for Judicial Notice be granted. The Court has conducted the required de novo review of the R&R, which has included a review of the entire file in this matter, including the supporting and opposition memoranda before Judge Boylan as well as the briefs filed with the undersigned. The foregoing review satisfies the Court that Judge Boylan's recommended disposition is correct and it will be adopted.

Judge Boylan has applied the appropriate legal standard to the issue before him and his recitation of the factual record is fully supported. It must be kept in mind, however, that the determination to allow the providing of notice to persons who have been employed as store managers by Defendant is based on a less than full and substantiated record. Discovery may well demonstrate that a collective action of store managers is not the appropriate manner in which to conduct this litigation.

Based on the foregoing, and upon all the files and records and proceedings herein, IT

IS ORDERED:

    1. Defendant's Objections (Doc. No. 67) are OVERRULED;

    2. The Report and Recommendation (Doc. No. 65) is ADOPTED;

    3. The Motion for Judicial Notice (Doc. No. 36) is GRANTED;

    4. Defendant shall promptly disclose to Plaintiffs' counsel the names and mailing

addresses of all individuals who worked as store managers for the Defendant between

September 1, 2001, and September 1, 2004; and

    5. Subject to approval as to form and content by Judge Boylan, counsel for

Plaintiffs are authorized to provide notice of the litigation and to seek consent to

participate in this litigation as set forth in the proposed Notice of Pendency of Lawsuit and

attached Consent Form submitted with the Motion for Judicial Notice. The Notice shall

further state that in order to join this lawsuit, the consent form must be received by

Plaintiffs' counsel on or before January 15, 2005.

Dated: October 18, 2004

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Dawn Smith, Mark Tarras, Jim Cox,
Justin Durbin, Patrick Parris, Dewayne
Klipple, and Edward Willson, on behalf
of themselves and other past and present
employees similarly situated,

            Plaintiffs,

v.

Heartland Automotive Services, Inc. d/b/a
Jiffy Lube,

            Defendant.

Case No. 04-1403  (RHK/AJB)

NOTICE OF PENDENCY OF LAWSUIT

---

TO:    PRESENT AND FORMER STORE MANAGERS EMPLOYED BY HEARTLAND
       AUTOMOTIVE SERVICES, INC. D/B/A JIFFY LUBE FROM SEPTEMBER 1,
       2001 TO SEPTEMBER 1, 2004.

RE:    OVERTIME LAWSUIT FILED AGAINST HEARTLAND AUTOMOTIVE
       SERVICES, INC. D/B/A JIFFY LUBE.

## INTRODUCTION

The purpose of this notice is to inform you that a lawsuit exists that you may join, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, should you choose to do so.

## DESCRIPTION OF THE LAWSUIT

Plaintiffs Dawn Smith, Mark Tarras, Jim Cox, Justin Durbin, Patrick Parris, Dewayne Klipple, and Edward Willson ("Plaintiffs") brought this lawsuit against Defendant Heartland Automotive Services, Inc. d/b/a Jiffy Lube ("Heartland") on behalf of themselves and all other past and present individuals who worked as store managers between September 1, 2001, and

September 1, 2004. Specifically, Plaintiffs allege that they are owed overtime pay at a rate of time and one-half of their regular wage under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., for work in excess of forty (40) hours per week they performed for Heartland during the period from September 1, 2001, to September 1, 2004.

Heartland denies any wrongdoing or liability and contests all claims that have been asserted. Specifically, Heartland contends that the store manager position properly was classified as "exempt" from overtime requirements of the Fair Labor Standards Act and that Plaintiffs are therefore not entitled to overtime compensation regardless of the number of hours worked in any workweek.

## COMPOSITION OF THE CLASS

Plaintiffs seek to sue on behalf of any and all employees who:

    (a)    are or have been employed by Heartland as a store manager in any of its Jiffy Lube locations across the country, from September 1, 2001, to September 1, 2004; and

    (b)    did not receive overtime compensation for hours worked beyond forty (40) hours in any given workweek.

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit the definition above, you may join this suit (that is, you may "opt-in") by mailing the attached "Plaintiff Consent Form" to Plaintiffs' lawyers at the following address:

NICHOLS KASTER & ANDERSON
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Toll Free Telephone:  (877) 448-0492
Fax: (612) 215-6870

If you file a Plaintiff Consent Form, your continued right to participate in this lawsuit may depend upon a later decision by the Court that you are an appropriate participant in accordance with federal and state laws.

2

## EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join this lawsuit, you and Heartland will be bound by any ruling, judgment or settlement. While this lawsuit is proceeding, you may be required to provide information, appear to give a deposition, or otherwise participate in the action.

If you choose not to join this lawsuit, you will not be affected by any ruling, judgment or settlement entered in this case, favorable or unfavorable. If you choose not to join this lawsuit, you are free to file your own lawsuit.

## STATUTE OF LIMITATIONS

Plaintiffs' claims in this action are limited to a two or three-year "statute of limitations." If you choose to join this action, you may be able to recover damages if the plaintiffs can establish that the store manager position was improperly classified as "exempt" and if you were denied overtime compensation for overtime hours worked within the two or three years prior to the date you file your Plaintiff Consent Form. If you choose not to join in this action, or choose to bring your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the Fair Labor Standards Act. You will not be discharged or retaliated against if you choose to participate, or not to participate, in this action.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, your interests will be represented by counsel for Plaintiffs. Plaintiffs' counsel are:

3

NICHOLS KASTER & ANDERSON
Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
4644 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Toll Free Telephone: (877) 448-0492
Fax: (612) 215-6870

The attorneys are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. The specific terms and conditions of representation will be contained in a fee agreement entered by you and the attorneys.

### FURTHER INFORMATION

Further information about this lawsuit or this Notice can be obtained by contacting Plaintiffs' attorneys at the address or phone number provided above.

THIS NOTICE AND ITS CONTENT HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE RICHARD H. KYLE, JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.

Date: November 9, 2004

NICHOLS KASTER & ANDERSON, PLLP

Donald H. Nichols, #78918
Paul J. Lukas, #22084X
Michele R. Fisher, #303069
4644 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Toll Free Telephone: (877) 448-0492
Fax: (612) 215-6870
ATTORNEYS FOR PLAINTIFFS

4

## HEARTLAND AUTOMOTIVE SERVICES, INC. D/B/A JIFFY LUBE
### PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against Heartland Automotive Services, Inc., d/b/a

Jiffy Lube as a Plaintiff to assert claims against it for violations of the Fair Labor Standards Act,

29 U.S.C. § 201 *et seq.*

_____
Signature                                    Date

_____
Print Name

_____
Social Security Number

_____
Address (with apartment number if applicable)

_____
City, State, Zip Code

_____
Home Telephone

_____
Work Telephone

_____
Cell Phone

_____
E-mail Address


Fax or Mail To:      NICHOLS KASTER & ANDERSON
                     ATTN:  Michele Fisher
                     4644 IDS Center
                     80 South 8th Street
                     Minneapolis, Minnesota 55402
                     Toll Free Telephone:  (877) 448-0492
                     Fax:    (612) 215-6870

5

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Michael Klas, individually
and on behalf of other
similarly situated employees,

        Plaintiffs,

v.

New Century Financial Corporation,
and New Century Mortgage Corporation,
California corporations,

        Defendants.

Case No. 03-3387 JMR/FLN

ORDER

The above-entitled matter came on for hearing upon Plaintiffs' Motion to Compel and Motion for Approval of Joinder Method. Based upon the memoranda, exhibits and all the files and proceedings herein, the Court makes the following:

## ORDER

1) Plaintiff's motion to compel a response to discovery is **GRANTED**. Defendants shall respond to Plaintiffs' first set of discovery within five (5) days of this order;

2) Plaintiff's motion to compel the list of loan originators is **GRANTED**. Defendants shall provide a complete response to Plaintiffs' Request for Production No. 1 within five (5) of this Order;

3) Plaintiff's motion requesting approval of their proposed method for joinder is **GRANTED**. Each person who files a consent form with the Court will be a Plaintiff in this action as of the date of the filing; and

4) The Clerk of Court is not required to docket the name of each new Plaintiff who joins this action by filing a consent form.

Dated: Oct. 7 2003

BY THE COURT:

Franklin L. Noel
UNITED STATES MAGISTRATE JUDGE

FILED DEC - 8 2003
RICHARD D. SLETTEN, CLERK

JUDGMENT ENTD. _____
DEPUTY CLERK _____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Michael Klas, individually
and on behalf of other
similarly situated employees,

Case No. 03-3387 JMR/FLN

Plaintiffs,

**NOTICE OF LAWSUIT**

v.

New Century Financial Corporation,
and New Century Mortgage Corporation,
California corporations,

Defendants.

TO: PRESENT AND FORMER LOAN OFFICERS EMPLOYED BY CT CORPORATION SYSTEM, INC., FROM JUNE 1, 2000, WHO WORKED OVERTIME HOURS WITHOUT OVERTIME COMPENSATION.

RE: OVERTIME LAWSUIT FILED AGAINST NEW CENTURY FINANCIAL CORPORATION AND NEW CENTURY MORTGAGE CORPORATION.

## INTRODUCTION

The purpose of this notice is to: 1) inform you that a lawsuit exist that you may join, 2) advise you of how your rights may be affected by this lawsuit, and 3) instruct you on the procedure for participating in this lawsuit, should you choose to do so.

## DESCRIPTION OF THE LAWSUIT

In June 2003, Micheal Klas brought this lawsuit against Defendants New Century Financial Corporation and New Century Mortgage Corporation, ("New Century") on behalf of himself and all other past and present individuals who worked as loan officers and were not paid overtime compensation. Specifically, Plaintiffs allege that they are owed overtime pay at a rate of one and one-half of their regular wage under the Fair Labor Standards Act ("FLSA"), 29

1

U.S.C. § 201, et seq., for work in excess of forty (40) hours per work week they performed for New Century during June 1, 2003 to present. New Century has denied any wrongdoing or liability and contests all claims that have been asserted.

## COMPOSTION OF THE CLASS

Plaintiffs seek to sue on behalf of any and all employees who are or have been:

(a)   employed by New Century as a loan officer in any of its offices across the country, from June 1, 2000 to present; and

(b)   did not receive overtime compensation for any hours worked beyond forty (40) in any work week.

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit the definition above, you may join this suit (that is, you may "opt-in") by mailing the attached "Consent Form" to Plaintiffs' lawyers at the following address:

Nichols Kaster & Anderson
ATTN: Michele R. Fisher
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2242
Telephone: (612) 338-1919 or Toll Free (877) 448-0492
Fax: (612) 338-4878

If you file a "Plaintiff Consent Form", your continued right to participate in this lawsuit may depend upon a later decision by the Court that you are an appropriate participant in accordance with federal and state laws.

## EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join this lawsuit, you and New Century will be bound by any ruling, judgment or settlement. While this lawsuit is proceeding, you may be required to provide information or otherwise participate in the action.

2

If you choose not to join this suit, you will not be effected by any ruling, judgment, or settlement, entered in this case, favorable or unfavorable. If you choose not to join this lawsuit, you are free to file your own lawsuit.

## STATUTE OF LIMITATIONS

Plaintiffs' claims in this action are limited to a three-year "statute of limitations." If you choose to join this action, you may be able to recover damages if you were improperly denied overtime compensation only for overtime hours worked within the three years prior to the date you file your consent form. If you choose not to join in this action, or choose to bring your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the Fair Labor Standards Act. Therefore, New Century is specifically prohibited from discharging you or retaliating against you in any other manner because you chose to participate in this action.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, your interests will be represented by counsel for Plaintiffs. Plaintiffs' counsel are:

Donald H. Nichols, Paul J. Lukas and Michele R. Fisher
Nichols Kaster & Anderson
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 338-1919 or Toll Free (877)-448-0492

The attorneys are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. The

3

specific terms and conditions of representation will be contained in a fee agreement entered into by you and the attorneys.

## FURTHER INFORMATION

Further information about this lawsuit or this notice can be obtained by contacting Plaintiffs' attorneys at the address or phone number provided above.

THIS NOTICE AND ITS CONTENT HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE FRANKLIN L. NOEL, MAGISTRATE JUDGE. THE COURT TAKES NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.

By:_____
    Donald H. Nichols #78918
    Paul J. Lukas, #22084X
    Michele R. Fisher, #303069
Nichols Kaster & Anderson
4644 IDS Center
80 S. 8th Street
Minneapolis, Minnesota 55402-2242
(612) 338-1919

ATTORNEYS FOR PLAINTIFFS

4

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas Bednar, et al.,                              Civil No. 02-3646    JMR/FLN

    Plaintiff,

    v.                                              ORDER

CT Corporation System, Inc.,

    Defendant.

Paul J. Lukas, and Steven A. Smith, for Plaintiff.
David J. Lauth, for Defendant.

THIS MATTER came before the undersigned United States Magistrate Judge for

a hearing on February 6, 2003, on Plaintiff's Motion to Compel, for Order for Judicial Notice, to

Amend the Scheduling Order, and for Approval of Method of Joinder [#9].

Based upon the files, records, and proceedings herein, IT IS HEREBY ORDERED that

Plaintiff's Motion to Compel, for Order for Judicial Notice, to Amend the Scheduling Order, and

for Approval of Method of Joinder [#9] is GRANTED as follows:

1.    Insofar as the Motion seeks to compel a list of all customer specialists and senior
customer specialist working for Defendant as requested in Plaintiff's Request for
Production, Set I, Nos. 1 and 2, it must be produced on or before February 20, 2003;

2.    Insofar as the Motion seeks approval to give Judicial Notice of this action, a copy of
appropriate notice is attached with this Order;

3.    Insofar as the Motion seeks to amend the scheduling to extend the deadline for
adding parties, all consents must be filed with the Clerk of Court on or before May
1, 2003; and

4.    Each person who files a consent form will become a Plaintiff in this matter.  The
Clerk of Court will accept signed consent forms in faxed or original form, and will

FILED 2-14-03
RICHARD D. SLETTEN, CL.
JUDGMENT
DEPUTY CLK

not docket each new Plaintiff individually.

DATED:_____, 2003

_____
FRANKLIN L. NOEL
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas Bednar, on behalf of himself
and other past and present employees
similarly situated,

        Plaintiff,

v.

CT Corporation System Inc.,

        Defendant.

Civil File No. 02-3646 JMR/FLN

**NOTICE OF LAWSUIT**

**TO:** PRESENT AND FORMER CUSTOMER SPECIALISTS AND SENIOR CUSTOMER SPECIALISTS EMPLOYED BY CT CORPORATION SYSTEM, INC., FROM SEPTEMBER 1, 1999, TO SEPTEMBER 1, 2002.

**RE.** OVERTIME LAWSUIT FILED AGAINST CT CORPORATION.

### INTRODUCTION

The purpose of this notice is to inform you that a lawsuit exists that you may join, to advise you of how your rights may be affected by this lawsuit, and to instruct you on the procedure for participating in this lawsuit, should you choose to do so.

### DESCRIPTION OF THE LAWSUIT

In September 2002, Tom Bednar brought this lawsuit against Defendant CT Corporation System, Inc., ("CT Corp.") on behalf of himself and all other past and present individuals who worked as customer specialists or senior customer specialists between September 1, 1999, and September 1, 2002 ("Plaintiffs"). Specifically, Plaintiffs allege that they are owed overtime pay at a rate of time and one-half of their regular wage under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201. et seq., for work in

excess of forty (40) hours per work week they performed for CT Corp. during the period from September 1, 1999, to September 1, 2002. CT Corp. denies any wrongdoing or liability and contests all claims that have been asserted. Specifically, CT Corp. contends that these positions properly were classified as "exempt" from the overtime requirements of the Fair Labor Standards Act and that Plaintiffs therefore are not entitled to overtime compensation regardless of the number of hours worked in any workweek.

## COMPOSITION OF THE CLASS

Plaintiffs seek to sue on behalf of any and all employees who are or have been:

(a)   employed by CT Corp. as a customer specialist or senior customer specialist in any of its offices across the country, from September 1, 1999 to September 1, 2002; and

(b)   did not receive overtime compensation for hours worked beyond forty (40) hours in any given workweek.

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit the definition above, you may join this suit (that is, you may "opt-in") by mailing or faxing the attached "Plaintiff Consent Form" to Plaintiffs' lawyers at the following address on or before April 25, 2003:

> Nichols Kaster & Anderson
> ATTN: Michele R. Fisher
> 4644 IDS Center
> 80 South Eighth Street
> Minneapolis, Minnesota 55402-2242
> Telephone: (612) 338-1919 or Toll Free (877) 448-0492
> Fax: (612) 338-4878

If you file a Plaintiff Consent Form, your continued right to participate in this lawsuit may depend upon a later decision by the Court that you are an appropriate participant in accordance with federal and state laws.

2

## EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join this lawsuit, you and CT Corp. will be bound by any ruling, judgment or settlement. While this lawsuit is proceeding, you may be required to provide information, appear to give a deposition or otherwise participate in the action.

If you choose not to join this suit, you will not be affected by any ruling, judgment or settlement, entered in this case, favorable or unfavorable. If you choose not to join this lawsuit, you are free to file your own lawsuit.

## STATUTE OF LIMITATIONS

Plaintiffs' claims in this action are limited to a two- or three-year "statute of limitations" depending upon whether any unlawful conduct which may be established is found to be willful. If you choose to join this action, you may be able to recover damages if the court finds that these positions were improperly classified as "exempt" and if you were denied overtime compensation for overtime hours you worked within the two or three years prior to the date you file your Plaintiff Consent Form. If you choose not to join in this action, or choose to bring your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the Fair Labor Standards Act. The law prohibits CT Corp. from discharging you or retaliating against you whether or not you choose to participate in this action.

3

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, your interests will be represented by counsel for Plaintiffs. Plaintiffs' counsel are:

Donald H. Nichols, Paul J. Lukas, Steven A. Smith and
Michele R. Fisher
Nichols Kaster & Anderson
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 338-1919 or Toll Free (877)-448-0492

The attorneys are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. The specific terms and conditions of representation will be contained in a fee agreement entered into by you and the attorneys.

## FURTHER INFORMATION

Further information about this lawsuit or this notice can be obtained by contacting Plaintiffs' attorneys at the address or phone number provided above.

THIS NOTICE AND ITS CONTENT HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, THE HONORABLE FRANKLIN L. NOEL, MAGISTRATE JUDGE. THE COURT HAS TAKEN NO POSITION REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANT'S DEFENSES.

4

By _____
    Donald H. Nichols #478918
    Paul J. Lukas. #22084X
    Steven Andrew Smith #260836
    Michele R. Fisher, #303069
Nichols Kaster & Anderson
1644 IDS Center
80 S. 8ᵗʰ Street
Minneapolis. Minnesota 55402-2242
(612) 338-1919

**ATTORNEYS FOR PLAINTIFFS**

5

## CT CORPORATION SYSTEM INC.
## PLAINTIFF CONSENT FORM

I hereby consent to join the lawsuit against CT Corporation, as a Plaintiff to assert

claims against it for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

Signature _____     Date

Print Name

Social Security Number

Address (with apartment number if
applicable)

City, State, Zip Code

Home Telephone

Work Telephone

Cell Phone

E-Mail Address

Fax or Mail To:     Nichols Kaster & Anderson
Attn: Michele Fisher
4644 IDS Center
80 S. 8th Street
Minneapolis, Minnesota 55402
Toll Free Telephone: (877)-448-0492
Fax: (612) 338-1878

6

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

David C. Casas, Troy D. Clark,          Case No. 00-1512 JRT/SRN
Patrick Hogan, Linda L. Souder,
William M. Soule, and Sheila A. Sampson
Willis J. Guyot, Matthew A. McDevitt
and James P. Brandt on behalf of themselves and
other past and present employees similarly situated,

          Plaintiffs,

                                   **NOTICE OF PENDENCY**

v.                                 **OF LAWSUIT**

Conseco Finance Corp.,
Conseco Finance Servicing Corp.,
and ABC Corporations 1-10,

          Defendant.

---

TO:   PRESENT AND FORMER LOAN OR RETAIL ORIGINATORS EMPLOYED BY
       CONSECO FINANCE CORP. AND ITS SUBSIDIARIES (FORMERLY KNOWN
       AS "GREENTREE FINANCIAL") FROM JUNE 22, 1998 TO APRIL 1, 2000.

RE:   FAIR LABOR STANDARDS ACT LAWSUIT FILED AGAINST CONSECO
       FINANCE CORP. AND ITS SUBSIDIARIES.

## INTRODUCTION

The purpose of this notice is to inform you of the existence of a collective action lawsuit
in which you potentially are "similarly situated" to the named Plaintiffs, to advise you of how
your rights may be affected by this lawsuit, and to instruct you on the procedure for participating
in this lawsuit, should you choose to do so.

## DESCRIPTION OF THE LAWSUIT

In June 2000, some of the above-named Plaintiffs brought this lawsuit against Defendant
Conseco Finance Servicing Corp., formerly known as Greentree Financial, ("Defendant") on

1

behalf of themselves and all other past and present individuals who worked as loan or retail originators. Specifically, the Plaintiffs allege that they are owed overtime pay at a rate of time and one-half of their regular wage under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et seq., and the Minnesota Fair Labor Standards Act, Minnesota Statute § 177.21 et seq. for work in excess of forty (40) hours per work week they performed for Defendant during June 22, 1998 to April 1, 2000.

Defendant has denied any wrongdoing or liability and contests all claims that have been asserted. While generally the FLSA requires that employees receive overtime pay for all hours of work in excess of forty (40) hours per work week, the FLSA also provides that certain employees are "exempt" from its overtime requirements. Defendant maintains that Plaintiffs were "exempt" employees under the FLSA which, for example, exempts employees in certain adminstrative, outside sales or commission sales positions.

## COMPOSTION OF THE CLASS

The original named Plaintiffs were or are employed by Defendant in Minnesota as loan originators in Defendant's Home Improvement Division and/or Retail Mortgage Services Division. They seek to sue on behalf of themselves and also on behalf of other employees with whom they are similarly situated. Specifically, the Plaintiffs seek to sue on behalf of any and all employees who are or have been:

(a)   employed by Defendant as loan or retail originators in its Home Improvement Division from June 22, 1998, until April 1, 2000, as loan or retail originators in its Manufactured Housing Division from June 22, 1998 until April 1, 2000, or as loan or retail originators in its Retail Mortgage Services Division, from June 22, 1998, until March 1, 2000; and

(b)   did not receive overtime compensation for any hours worked beyond forty (40) hours a week.

2

## YOUR RIGHT TO PARTICIPATE IN THIS LAWSUIT

If you fit the definition above, you may join this suit (that is, you may "opt-in") by mailing the attached "Plaintiff Consent Form" to Plaintiffs' counsel at the following address:

> Donald H. Nichols and Paul J. Lukas
> Nichols Kaster & Anderson
> 4644 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402-2242
> Telephone: (612) 338-1919 or Toll Free (877)-448-0492

The "Plaintiff Consent Form" must be received in sufficient time for Plaintiffs' counsel to file it with the Federal Court on or before June 15, 2001.

If you file a "Plaintiff Consent Form", your continued right to participate in this lawsuit may depend upon a later decision by the District Court that you and the Plaintiffs are actually "similarly situated" in accordance with federal and state laws.

## EFFECT OF JOINING OR NOT JOINING THIS LAWSUIT

If you choose to join this lawsuit, you and Conseco will be bound by any ruling, judgment or settlement, whether favorable or unfavorable. While this lawsuit is proceeding, you may be required to provide information, sit for depositions and/or testify in Court.

If you choose not to join this suit, you will not be effected by any ruling, judgment, or settlement, entered in this case, favorable or unfavorable. If you choose not to join this lawsuit, you are free to file your own lawsuit.

## STATUTE OF LIMITATIONS

Plaintiffs claims in this action are limited to a two-year "statute of limitations." If you choose to join this action, you may be able to recover damages if you were improperly denied overtime compensation only for overtime hours worked within two years prior to November 17,

3

1998. If you choose not to join in this action, or choose to bring your own action, the November 17, 1998 statute of limitations will not apply to your case, and some or all of your potential claims may later be barred by the applicable statue of limitations.

## NO RETALIATION PERMITTED

The law prohibits retaliation against employees for exercising their rights under the Fair Labor Standards Act. Therefore, Defendant is prohibited from discharging you or discriminating against you in any other manner because you chose to participate in this action.

## YOUR LEGAL REPRESENTATION IF YOU JOIN

If you choose to join this lawsuit, your interests will be represented by counsel for Plaintiffs. Plaintiffs's counsel are:

> Donald H. Nichols and Paul J. Lukas
> Nichols Kaster & Anderson
> 4644 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402-2242
> Telephone: (612) 338-1919 or Toll Free (877)-448-0492

The attorneys are being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees. If there is a recovery, the attorneys will receive a part of any settlement obtained or money judgment entered in favor of all members of the class. The specific terms and conditions of representation will be contained in a fee agreement entered into by you and the attorneys.

## FURTHER INFORMATION

Further information about this lawsuit or this notice can be obtained by contacting Plaintiffs' attorneys at the address or phone number provided above.

4

THIS NOTICE AND ITS CONTENT HAS BEEN AUTHORIZED BY THE
FEDERAL DISTRICT COURT, THE HONORABLE SUSAN R. NELSON,
MAGISTRATE JUDGE.   THE COURT HAS TAKEN NO POSITION
REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF
DEFENDANT'S DEFENSES.


By:_____
          Donald H. Nichols #78918
          Paul J. Lukas, #22084
Nichols, Kaster & Anderson
4644 IDS Center
80 S. 8th Street
Minneapolis MN 55402-2242
(612) 338-1919

ATTORNEYS FOR PLAINTIFFS

5

## PLAINTIFF CONSENT FORM

I, _____, hereby consent to join the lawsuit entitled <u>Casas, et al v.</u>
<u>Conseco Finance Corp.</u>, Court File No. 00-1512 JRT/SRN, as a Plaintiff to assert claims against
Conseco Finance Corp., for violations of the Fair Labor Standards Act, 29 U.S.C. § 201 <u>et seq.</u>

Date:

_____
Signature

_____
Print Name

_____
Social Security Number

_____
Address (with apartment number if applicable)

_____
City, State, Zip Code

(____)_____
Home Telephone

(____)_____
Work Telephone

Mail or Fax To:     Michele Fisher
                    Nichols Kaster & Anderson
                    4644 IDS Center
                    80 S. 8th Street
                    Minneapolis MN 55402
                    Fax: 612-338-4878

(Statute – 11/17/00)

6